## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-CR-164-16 (RBW)** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| **CHRISTION COOPER,** | : | **(Using, Carrying, and Possessing a** |
| **also known as "Soulja,"** | : | **Firearm During and Relation to a Drug** |
| | : | **Trafficking Offense)** |
| **Defendant.** | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p)** |
| | : | **28 U.S.C. § 2461(c)** |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about June 29, 2022, within the District of Columbia, **CHRISTION COOPER, also known as "Soulja,"** did unlawfully and knowingly use, carry, and possess a firearm that is, a 9mm Glock 19 with serial number NAL683, during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, and a mixture and substance containing less than 50 kg of marijuana, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(C), and 841(b)(1)(D).

(**Using, Carrying, and Possessing a Firearm During and in Relation to a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1.    Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)

1

and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to a 9mm Glock 19 with serial number NAL683, and 9mm ammunition.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

_____/S/_____
KEVIN L. ROSENBERG
OHIO BAR 0081448
Assistant United States Attorney
Violence Reduction & Trafficking Offenses Section
601 D Street, N.W., Room 5.212
Washington, DC 20530
(202) 252-7833
Kevin.Rosenberg@usdoj.gov